THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STERLING A. CAGLE, Appellant.

Submitted May 30, 2006; decided June 6, 2006

Motion for assignment of counsel granted and Frank J. Nebush, Jr., Esq., Oneida County Public Defender, Union Station, 321 Main Street, Utica, New York 13501, assigned as counsel to the appellant on the appeal herein.

In the Matter of SHONDEL J., Respondent, v MARK D., Appellant.

Submitted May 8, 2006; decided June 6, 2006

Motion by US Citizens against Paternity Fraud et al. for leave to file a brief amici curiae on the appeal herein denied as untimely (see Rules of Practice of Court of Appeals [22 NYCRR] § 500.23).